

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336



1  DANIEL G. BOGDEN
   United States Attorney
2  PATRICK BURNS
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  (702) 388-6336/Fax: (702) 388- 6020

5

6                UNITED STATES DISTRICT COURT

7                     DISTRICT OF NEVADA

                          -oOo-

8  UNITED STATES OF AMERICA,

9                              Plaintiff,        SEALED CRIMINAL INDICTMENT

10  vs.                                          CASE NO: 2:16-cr- *177*

11  STEVEN GUY DESJARLAIS-FROST,                 VIOLATIONS:

12      aka, "Steve Frost,"                      18 U.S.C. §§ 922(g)(1); 924(a)(2) –
                                                 Felon in Possession of a Firearm
13                              Defendant.

14

15  **THE GRAND JURY CHARGES THAT**:

16                          <u>**COUNT ONE**</u>

17                  Felon in Possession of a Firearm
          (Title 18, United States Code, Sections 922(g)(1); 924(a)(2))
18

19          On or about February 1, 2016, and continuing through on or about March 9, 2016, in the

20  District of Nevada, the defendant, STEVEN GUY DESJARLAIS-FROST, defendant herein,

21  having been convicted of crimes punishable by imprisonment for a term exceeding one year, in

22  the State of Nevada, to wit: Battery with Use of a Deadly Weapon, in the Eighth Judicial District

23  Court, Clark County, on or about August 23, 2001, in Case No. C176082, and Attempt Theft in

24  the Eighth Judicial District Court, Clark County, on or about September 21, 2010, in Case No.

25  C263646, did knowingly possess a firearm, to wit: a Calico 9mm semiautomatic pistol bearing

26  serial number B000741, said possession being in and affecting interstate commerce and said

firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

## COUNT TWO

Felon in Possession of a Firearm
(Title 18, United States Code, Sections 922(g)(1); 924(a)(2))

On or about January 1, 2014, and continuing through on or about March 28, 2016, in the District of Nevada, the defendant, STEVEN GUY DESJARLAIS-FROST, defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Battery with Use of a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about August 23, 2001, in Case No. C176082, and Attempt Theft in the Eighth Judicial District Court, Clark County, on or about September 21, 2010, in Case No. C263646, did knowingly possess a firearm, to wit: a DSA Inc., Model SA-58 .308/7.62mm caliber semiautomatic assault rifle bearing serial number D538070, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

## COUNT THREE

Felon in Possession of a Firearm
(Title 18, United States Code, Sections 922(g)(1); 924(a)(2))

On or about January 1, 2015, and continuing through on or about April 15, 2016, in the District of Nevada, the defendant, STEVEN GUY DESJARLAIS-FROST, defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Battery with Use of a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about August 23, 2001, in Case No. C176082, and Attempt Theft in the Eighth Judicial District Court, Clark County, on or about September 21, 2010, in Case No. C263646, did knowingly possess a firearm, to wit: an Extar EXP-556 .223/5.56mm

semiautomatic pistol bearing serial number EXP03431, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

## COUNT FOUR

Felon in Possession of a Firearm
(Title 18, United States Code, Sections 922(g)(1); 924(a)(2))

On or about April 15, 2016, in the District of Nevada, the defendant, STEVEN GUY DESJARLAIS-FROST, defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Battery with Use of a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about August 23, 2001, in Case No. C176082, and Attempt Theft in the Eighth Judicial District Court, Clark County, on or about September 21, 2010, in Case No. C263646, did knowingly possess a firearm, to wit: an Glock 19 9mm semiautomatic pistol bearing serial number YZK569, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

## COUNT FIVE

Felon in Possession of a Firearm
(Title 18, United States Code, Sections 922(g)(1); 924(a)(2))

On or about April 15, 2016, in the District of Nevada, the defendant, STEVEN GUY DESJARLAIS-FROST, defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Battery with Use of a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about August 23, 2001, in Case No. C176082, and Attempt Theft in the Eighth Judicial District Court, Clark County, on or about September 21, 2010, in Case No. C263646, did knowingly possess a

firearm, to wit: a Savage Arms .223/5.56mm rifle bearing serial number H496705, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

## COUNT SIX

Felon in Possession of a Firearm
(Title 18, United States Code, Sections 922(g)(1); 924(a)(2))

On or about April 15, 2016, in the District of Nevada, the defendant, STEVEN GUY DESJARLAIS-FROST, defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Battery with Use of a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about August 23, 2001, in Case No. C176082, and Attempt Theft in the Eighth Judicial District Court, Clark County, on or about September 21, 2010, in Case No. C263646, did knowingly possess a firearm, to wit: a European American Armory .45 ACP semiautomatic pistol bearing serial number EA97637, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

## COUNT SEVEN

Felon in Possession of a Firearm
(Title 18, United States Code, Sections 922(g)(1); 924(a)(2))

On or about April 15, 2016, in the District of Nevada, the defendant, STEVEN GUY DESJARLAIS-FROST, defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Battery with Use of a Deadly Weapon, in the Eighth Judicial District Court, Clark County, on or about August 23, 2001, in Case No. C176082, and Attempt Theft in the Eighth Judicial District Court, Clark County, on or about September 21, 2010, in Case No. C263646, did knowingly possess a

firearm, to wit: an Mossberg MVP .308/7.62mm rifle bearing serial number MVP079661, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

**FORFEITURE ALLEGATION ONE**
Felon in Possession of a Firearm

1.   The allegations of Counts One through Seven of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c).

2    Upon conviction of any of the felony offenses charged in Counts One through Seven of this Criminal Indictment,

**STEVEN GUY DESJARLIAS-FROST aka "Steve Frost",**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)(1):

1. Calico 9mm semiautomatic pistol bearing serial number B000741;
2. DSA Inc., Model SA-58 .308/7.62mm caliber semiautomatic assault rifle bearing serial number D538070;
3. Extar EXP-556 .223/5.56mm semiautomatic pistol bearing serial number EXP03431;
4. Glock 19 9mm semiautomatic pistol bearing serial number YZK569;
5. Savage Arms .223/5.56mm rifle bearing serial number H496705;
6. European American Armory .45 ACP semiautomatic pistol bearing serial number EA97637;
7. Mossberg MVP .308/7.62mm rifle bearing serial number MVP079661;
8. 10 cartridges of .308/7.62;

5

9.  .223 caliber rounds + 3;

10. 2 magazines loaded w/9 mm rounds;

11. 3 loose 9mm rounds;

12. magazine with five rounds of .223; and

13. any and all ammunition.

All pursuant to Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c).

**DATED:**  this the 8th day of June, 2016.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

PATRICK BURNS
Assistant United States Attorney