FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-177-JCM-(PAL) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| STEVEN GUY DESJARLAIS-FROST, a.k.a. "Steve Frost", | |
| Defendant. | |

This Court finds that defendant Steven Guy Desjarlais-Frost, a.k.a. "Steve Frost", pled guilty to Counts One through Seven of a Seven-Count Criminal Indictment charging him in Counts One through Seven with Felon in Possession of a Firearm in violation of Title 18, United States Code Section 922(g)(1). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Steven Guy Desjarlais-Frost, a.k.a. "Steve Frost", agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offenses to which defendant Steven Guy Desjarlais-Frost, a.k.a. "Steve Frost", pled guilty.

The following assets are any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)(l), and are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(l) with Title 28, United States Code, Section 2461(c):

1. Calico 9mm semiautomatic pistol bearing serial number B000741;
2. DSA Inc., Model SA-58 .308/7.62rnm caliber semiautomatic assault rifle bearing serial number D538070;
3. Extar EXP-556 .223/5.56mm semiautomatic pistol bearing serial number EXP03431;
4. Glock 19 9mm semiautomatic pistol bearing serial number YZK569;
5. Savage Arms .223/5.56mm rifle bearing serial number H496705;
6. European American Armory .45 ACP semiautomatic pistol bearing serial number EA97637;
7. Mossberg MVP .308/7.62mm rifle bearing serial number MVP079661;
8. 10 cartridges of .308/7.62;
9. .223 caliber rounds + 3;
10. 2 magazines loaded w/9 mm rounds;
11. 3 loose 9mm rounds;
12. magazine with five rounds of .223; and
13. any and all ammunition

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

///

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Steven Guy Desjarlais-Frost, a.k.a. "Steve Frost", in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Daniel D. Hollingsworth
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 4th day of Aug., 2017.

_____
UNITED STATES DISTRICT JUDGE