UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-177 JCM (PAL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| STEVEN GUY DESJARLAIS-FROST, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Desjarlais-Frost*, case number 2:16-cr-00177-JCM-PAL-1. Petitioner Steven Guy Desjarlais-Frost filed an motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 57). Briefing shall proceed as follows: respondent has twenty-one days from the date of this order to file a response. Thereafter, petitioner has fourteen days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 57) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

DATED April 1, 2019.

_____
UNITED STATES DISTRICT JUDGE