# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff,

v.

Steven Guy Desjarlais-Frost

          Defendant.

JUDGMENT

Case Number: 2:16-cr-00177-JCM-PAL-1

(Related case: 2:19-cv-00206-JCM)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying Motion to Vacate.

July 22, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk